### THE UNITED STATES ex rel. BOYD vs. LOCKWOOD.

1. SERVICE OF RULE. A rule to show cause why an information in the nature of *quo warranto* should not be filed, may be served by a private person; and the time and manner of service may be made to appear by affidavit.

2. RETURN. Where a writ is directed to the sheriff, the under-sheriff or a deputy may serve it, but he must make the return in the name of the principal officer to whom the writ is directed.

At the July term, 1843, upon the application of M. M. Jackson, attorney-general, a rule was entered against *Lockwood* to show cause at the present term why an information, in *quo warranto*, should not be filed against him, to inquire by what authority he exercised the office of judge of probate of Crawford county.

A copy of the rule was made out and sealed by the clerk on the 4th day of January, 1844. The service indorsed upon it was as follows : " This writ was served on the 2d day of July, 1844, personally, by reading and delivering to the defendant an attested copy of this writ in hand. H. W. Savage, Under Sheriff."

At the present term *M. M. Jackson*, attorney-general, applied to the court for a rule against the respondent to enter his appearance and file his response to the rule to show cause ; and contended that the rule of last term had been properly served and in time to require the respondent to answer.

MILLER, J. In this case a rule was issued by the clerk on the 4th day of January last, in pursuance of a previous order of this court upon the defendant to show cause, on or before this term of this court, why an information in the nature of a *quo warranto* should not be

filed against him, to show by what authority he claims to have and exercise the office of judge of probate of the county of Crawford. The rule is returned with this indorsement:

"This writ was served on the 2d day of July, 1844, personally, by reading and delivering to the defendant an attested copy of this writ in hand." Signed: "H. W. Savage, Under Sheriff." A motion is made by the attorney-general that the defendant appear and answer, which cannot be granted by the court.

This is not a writ issued out of this court to an officer of the court, whose official return thereto could be required. It is a mere rule, which can be served by any person competent to do business ; and the time and manner of such service may be made to appear to the satisfaction of the court, by the affidavit of the person who served it. If it were a writ directed to a sheriff, a deputy of the sheriff or an under sheriff could not make a legal return to the same in his own name. An under sheriff or deputy can do business and make and indorse a return to a writ, but he must do so in the name of the principal officer to whom the writ is directed. The motion is refused.